United States District Court
Eastern District of Washington

Stacy R. Hammond                                    Plaintiff,

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 08 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

-against-

Donald J. Trump                                    Defendant.

Case No. 1:21-CV-3005-TOR
(To be filled out by Clerk's Office only)

# COMPLAINT

Jury Demand?
☒ Yes
☐ No

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

| Plaintiff: | Stacy R. Hammond | | |
|---|---|---|---|
| | Name (Last, First, MI) | | |
| | 308 N. Sampson St | | |
| | Street Address | | |
| | Ellensburg Kittitas Co. | WA | 98926 |
| | County, City | State | Zip Code |
| | (509)899-6929 | fshammond@hotmail.com | |
| | Telephone Number | E-mail Address (if available) | |

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

| Defendant 1: | Donald J. Trump | | |
|---|---|---|---|
| | Name (Last, First) | | |
| | 1600 Pennsylvania Ave | | |
| | Street Address | | |
| | Washington, DC | DC | 37188 |
| | County, City | State | Zip Code |
| Defendant 2: | | | |
| | Name (Last, First) | | |
| | | | |
| | Street Address | | |
| | | | |
| | County, City | State | Zip Code |

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

County, City | State | Zip Code

Defendant 4: _____

Name (Last, First)

_____

Street Address

County, City | State | Zip Code

## II.  BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

- ☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.
- ☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.
- ☐ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____

_____

_____

## III. VENUE

*This court can hear cases arising out of Click here to enter text.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

The plaintiff lives in this district and a substantial part of the events happened in this district and I am suing a government official.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Ellensburg, Kittitas County, Washington

Date(s) of occurrence: 2015--present

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

| What happened to you? | "From the lakes of Minnesota to the hills of Tennessee, across the plains of Texas, from sea to shining sea, from Detroit down to Houston, from New York to L.A., there's pride in every American heart, and it's time to stand and say, that I'm proud to be an American where at least I know I'm free…God bless the USA." At age 10, I heard these words sung at a county fair in a rodeo arena by Lee Greenwood. It was my first concert. We were from Texas, but I was raised in military family proud to be Americans. We were a family that loved the favorite American pastime—baseball. At my first baseball game, I watched Randy |

Johnson pitch the first no-hitter in Mariner history. At my second game I watched a Texas Ranger pitch a perfect game. I thought my life was charmed. But, I ended up in state run by a dictator and in town of liberal elite freedom haters. Where I thought "at least I know I'm free," I found myself in a pit of corrupt, power hungry, socialists. Mr. President, you are the only thing of holding back the erosion all the freedoms we hold dear. You are standing in the gap for us. And, you are my only hope for any restoration of my freedom in the face of these tyrants. Here is but a sample of their intolerable corruption. I was raped; the police (filled with relatives of my ex-husband) refused to investigate. When I reported it to the sexual assault prosecutor (a relative of my ex-husband), she laughed in my face. I have been tormented and harassed by the police. They have maliciously prosecuted me, but I, defending myself, prevailed. They have manufactured evidence—proven in court, yet with no accountability. The county hospital denied my disabled sons needed medical care. The local school district, the county commissioners, the city council are all robbing the citizens of this county. At a recent county hospital board meeting the financial office baldly stated he would have to "manipulate the bottom line" to cover their fraud in the expenditures of Cares Act Funding. Unfortunately, I cannot leave this godless hellhole because a family court judge has denied my multiple requests to relocate with my children, though I was given primary custody and sole decision-making of all 8 of my children, leaving me subject to their interlocal gang stalking and bottomless persecution based on my fierce patriotism and Christian commitment. I have volumes of evidence recordings, documents, etc., to show investigators, but no one in this bastion of liberal crime will do anything or even take a look. You, Mr. President, are my only hope. I ask you descend on this corrupt county with the full force of the Justice Department and take down these Communist agents.

Who did what?

_____

_____

_____

_____

## V.  INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Grave emotional distress

Damaged reputation

Sexually violated

Maliciously prosecuted

Stalked

Stripped of my Constitutional right

Surveilled

Ad Infinitum

_____

_____

## VI.  RELIEF

The relief I want the court to order is:

☐   Money damages in the amount of:  $ $0

☒   Other (explain):

  I ask my President, Donald J. Trump, to intervene in the criminal, fraudulent,

  terrorizing actions perpetrated on me, as a conservative woman and patriot, and on my

  children by the liberal, socialist deep state in Ellensburg, Kittitas County, Washington.

  I beg the Greatest President in the history of America to have his Justice Department

  and the FBI to investigate the rampant corruption present in this county through its

  liberal run crime family and root it out of existence. I know this election was stolen

  from you and pray you will be sitting in the Oval Office on January 21, 2021. My

  peace of mind, reputation, and sense of safety have been stolen from me and my

children by the corrupt lukewarm politicians and abusive power brokers of Kittitas County. They are also robbing the people blind, but our godless Governor will do nothing about it. Please help me. May God bless you and may God bless the USA.

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated: 1/8/2021

Plaintiff's Signature: [signed]

Printed Name (Last, First, MI): Hammond, Stacy R

| Address | City | State | Zip Code |
|---|---|---|---|
| 308 N. Sampson St | Ellensburg | WA | 98926 |

Telephone Number: (509)899-6929

E-mail Address (if available): fshammond@hotmail.com

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Attached 2 copies of 2 additional tort lawsuits recently filed w/ county & city government of Kittitas/Ellensburg (4 pages total)

## Superior Court of Washington

## County of <u>Kittitas</u>

| | |
|---|---|
| Stacy R. Hammond          Plaintiff, | |
| v. | |
| City of Ellensburg, Terry Weiner, John Akers, Bruce Tabb, Nancy Lillquist, Nancy Goodloe, Stacey Engel, Tristen Lamb, David Miller, Mary Morgan, Ellensburg Police Department, Ken Wade, Dan Hansberry, Tim Weed, Brett Koss, Tony Swartz, Chris Herion, Jerica Pascoe, Beau Snow, Ole Hall, Kevin Kjorsvik          Defendants. | **No.** <br><br> **Complaint** |

**COMES NOW**, Stacy R. Hammond, Petitioner, and brings forth the following causes of action and alleges:

That the above-named Defendants have, individually and/or collectively, grieved me and my children by the following means:

- Stalking
- Harassment
- Malicious Prosecution
- Prosecutorial Misconduct
- Unauthorized Surveillance
- Medical Neglect and Malpractice

- HIPPA Violations
- Destruction of Evidence
- Fabrication of Evidence
- Dereliction of Duty
- Violation of my Constitutional Rights (Amendments 1, 2, and 4)

## Relief Sought

That the above-named Defendants, individuals and entities, cease and desist the harassing, unlawful actions cited above.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Ellensburg, Washington on _____, 2021.

_____     _____
Signature                                                          Print or Type Name

*Do not attach financial records, personal health care records or confidential reports to this declaration. Such records should be served on the other party and filed with the court using one of these cover sheets:*

*1) Sealed Financial Source Documents (WPF DRPSCU 09.0220) for financial records*
*2) Sealed Personal Health Care Records (WPF DRPSCU 09.0260) for health records*
*3) Sealed Confidential Report (WPF DRPSCU 09.270) for confidential reports*

*If filed separately using a cover sheet, the records will be sealed to protect your privacy (although they will be available to all parties in the case, their attorneys, court personnel and certain state agencies and boards.) See GR 22(C)(2)*

**Superior Court of Washington**

**County of Kittitas**

| | |
|---|---|
| Stacy R. Hammond                    Plaintiff, | |
| v. | |
| Kittitas County, Greg Zempel, Jodi Hammond, Doug Mitchell, Val Bradshaw, Amy Cziske, Jerry Pettit, Brett Wachsmith, Laura Osiadacz, Cory Wright, Barbara Demroy, Ann Spall, Judge J. Hurson, Judge K. Kendrick, Tony Swartz, Eileen Murphy, Chris Herion, Dovie Sigle, Mark Larson, Tristen Lamb, Candi Blackingford, Sheriff C. Myers, Chris Whitsett, Darren Higashiyama, Julie Petersen, Mandy Weed, Rhonda Holden, Matthew Altman, Bob Davis, Erica Libenow, Terry Clark, Jon Ward, Cathy Busha, Teresa Sorenson, Jim Denison, Aaron Avey, Kittitas County Public District Hospital 1, Kittitas County Sheriff's Office, Kittitas County Public Health Department, Kittitas County Prosecutor's Office, Kittitas County Lower District Court, Kittitas County Superior Court Clerk's Office    Defendants. | **No.** <br><br> **Complaint** |

**COMES NOW**, Stacy R. Hammond, Petitioner, and brings forth the following causes of action and alleges:

That the above-named Defendants have, individually and/or collectively, grieved me and my children by the following means:

- Stalking
- Harassment
- Malicious Prosecution
- Prosecutorial Misconduct
- Unauthorized Surveillance
- Medical Neglect and Malpractice
- HIPPA Violations
- Destruction of Evidence
- Fabrication of Evidence
- Dereliction of Duty
- Violation of my Constitutional Rights (Amendments 1, 2, and 4)

**Relief Sought**

That the above-named Defendants, individuals and entities, cease and desist the harassing, unlawful actions cited above.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing istrue and correct.

Signed at Ellensburg, Washington on _____, 2021.

_____        _____
Signature                                                            Print or Type Name

*Do not attach financial records, personal health care records or confidential reports to this declaration. Such records should be served on the other party and filed with the court usingone of these cover sheets:*

*1) Sealed Financial Source Documents (WPF DRPSCU 09.0220) for financial records*

*2) Sealed Personal Health Care Records (WPF DRPSCU 09.0260) for health records*

*3) Sealed Confidential Report (WPF DRPSCU 09.270) for confidential reports*

*If filed separately using a cover sheet, the records will be sealed to protect your privacy (although they will be available to all parties in the case, their attorneys, court personnel andcertain state agencies and boards.) See GR 22(C)(2)*